**Appeal Dismissed and Memorandum Opinion filed January 11, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00547-CV

---

### HASSAN AL-HAJ D/B/A JOE'S TRUCK CENTER, Appellant

### V.

### JOHN P. TILLMAN AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellees

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2019-46144**

---

## MEMORANDUM OPINION

This is an attempted appeal from an order signed September 3, 2021. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness*

*Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On November 23, 2021, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before December 7, 2021. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.